```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 06510
   CHERYL M GLOWIAK
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-6902


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/11/2007 and was confirmed 07/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/13/2007.
--------------------------------------------------------------------------
 CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
 ALLIED INTERSTATE         UNSECURED       NOT FILED         .00            .00
 SAFEWAY                   UNSECURED       NOT FILED         .00            .00
 FALLS COLLECTION SERVICE  UNSECURED          450.00         .00            .00
 FALLS COLLECTION SERVICE  UNSECURED       NOT FILED         .00            .00
 FALLS COLLECTION SERVICE  UNSECURED       NOT FILED         .00            .00
 PREMIER BANKCARD          UNSECURED          383.97         .00            .00
 HOLLOWAY CREDIT SOLUTION  UNSECURED       NOT FILED         .00            .00
 A THOMAS POKELA ATTY AT   UNSECURED          160.09         .00            .00
 ILL STDNT AS              UNSECURED       NOT FILED         .00            .00
 ILLINOIS LENDING CORPORA  UNSECURED         2531.29         .00            .00
 ISAC                      UNSECURED         5105.83         .00            .00
 ISAC                      UNSECURED       NOT FILED         .00            .00
 ISAC                      UNSECURED       NOT FILED         .00            .00
 HOLY CROSS NEIGHBORHOOD   UNSECURED       NOT FILED         .00            .00
 JEFFERSON CAPITAL SYSTEM  UNSECURED          930.08         .00            .00
 ROUNDUP FUNDING LLC       UNSECURED          457.00         .00            .00
 MIDLAND CREDIT MANAGEMEN  UNSECURED       NOT FILED         .00            .00
 NATIONAL RECOVERIES INC   UNSECURED          215.59         .00            .00
 PORTFOLIO RECOVERY ASSOC  UNSECURED          931.40         .00            .00
 TCF BANK                  UNSECURED       NOT FILED         .00            .00
 VANRU CREDIT              UNSECURED       NOT FILED         .00            .00
 VANRU CREDIT              UNSECURED       NOT FILED         .00            .00
 CONSUMER LINK             UNSECURED       NOT FILED         .00            .00
 FIRST FEDERAL CREDIT CON  UNSECURED       NOT FILED         .00            .00
 MALCOLM S GERALD & ASSOC  UNSECURED       NOT FILED         .00            .00
 NICOR GAS                 UNSECURED         2055.62         .00            .00
 GARY GLOWIAK              NOTICE ONLY    NOT FILED          .00            .00
 CHRISTINE R PIESIECKI     DEBTOR ATTY      1,505.06                     1,238.59
 TOM VAUGHN                TRUSTEE                                          88.64
 DEBTOR REFUND             REFUND                                          147.47


     Summary of Receipts and Disbursements:

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 06510 CHERYL M GLOWIAK
```

```
--------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    1,474.70

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                      1,238.59
TRUSTEE COMPENSATION                                   88.64
DEBTOR REFUND                                         147.47
                           ---------------      ---------------
TOTALS                     1,474.70                 1,474.70
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                        PAGE   2
        CASE NO. 07 B 06510 CHERYL M GLOWIAK